```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  PHILLIP A. TALBERT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2789
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES OF AMERICA,    )
10                               )   CR. No. 2:04-cr-0388-MCE
              Plaintiff,         )
11                               )   STIPULATION TO SET NEW MOTIONS
         v.                      )   SCHEDULE AND TO EXCLUDE TIME;
12                               )   ORDER
    CASSANDRA MUNIZ, et al.      )
13                               )
              Defendants.        )
14  _____)
```

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, Defendant Cassandra Muniz, through her attorney Candace Fry, Defendant Tyson Trotter, through his attorney Barry Voss, Defendant Rogelio Zuniga, through his attorney Frank DiGiacomo, Defendant Caidez Saul Garcia, through his attorney Walter Urban, Defendant Juan Pablo Velazquez, through his attorney Victor Haltom, Defendant Pancho Aceka, through his attorney Daniel Hustwit, Defendant Brady Morse, through his attorney Krista Hart, and Defendant Juan Ayon Sandoval, through his attorney Kirt Hopson, as follows:

On June 13, 2006, the Court set a briefing schedule in this matter and a motions hearing date of October 3, 2006, at 8:30 a.m.;

///

1    Earlier, on May 16, 2006, Defendant Cassandra Muniz filed a
2 joinder in six motions previously filed by co-Defendant Angel Gomez,
3 who later entered a guilty plea in the case;
4    The parties are involved in negotiations to attempt to resolve
5 this case;
6    The defendants need additional time to research and prepare
7 possible additional pretrial motions and supporting memoranda, which
8 need will be obviated for any defendant whose case is resolved;
9    The parties request a new briefing schedule and hearing date be
10 set as follows:  motions to be filed by November 7, 2006;
11 government's oppositions to be filed by December 12, 2006;
12 defendants' optional reply briefs to be filed by December 19, 2006;
13 and non-evidentiary hearing on the motions set for January 9, 2007,
14 at 8:30 a.m.; and
15    The parties request that time be excluded until the date of
16 hearing for effective preparation of counsel, both with respect to
17 the motions and the case, and due to the case's complexity, pursuant
18 to Local Codes T4 and T2, and 18 U.S.C. §3161(h)(8)(B)(iv) and (ii).
19
20 Dated: September 22, 2006          /s/Candace Fry
                                     CANDACE FRY
21                                   Attorney for Defendant
                                     CASSANDRA MUNIZ
22                                   By PAT per email authorization

23 Dated: September 22, 2006          /s/Barry Voss
                                     BARRY VOSS
24                                   Attorney for Defendant
                                     TYSON TROTTER
25                                   By PAT per telephone authorization

26 Dated: September 22, 2006          /s/Frank DiGiacomo
                                     FRANK DIGIACOMO
27                                   Attorney for Defendant
                                     ROGELIO ZUNIGA
28                                   By PAT per telephone authorization

2

```
 1  Dated: September 22, 2006           /s/Walter Urban
                                       WALTER URBAN
 2                                     Attorney for Defendant
                                       CAIDEZ SAUL GARCIA
 3                                     By PAT per telephone authorization

 4  Dated: September 22, 2006           /s/Victor Haltom
                                       VICTOR HALTOM
 5                                     Attorney for Defendant
                                       JUAN PABLO VELAZQUEZ
 6                                     By PAT per email authorization

 7  Dated: September 22, 2006           /s/Daniel Hustwit
                                       DANIEL HUSTWIT
 8                                     Attorney for Defendant
                                       PANCHO ACEKA
 9                                     By PAT per telephone authorization

10  Dated: September 22, 2006           /s/Krista Hart
                                       KRISTA HART
11                                     Attorney for Defendant
                                       BRADY MORSE
12                                     By PAT per telephone authorization

13  Dated: September 22, 2006           /s/Kirt Hopson
                                       KIRT HOPSON
14                                     Attorney for Defendant
                                       JUAN AYON SANDOVAL
15                                     By PAT per telephone authorization

16

17                                     McGREGOR W. SCOTT
                                       United States Attorney
18
    Dated: September 22, 2006           /s/Phillip A. Talbert
19                                     PHILLIP A. TALBERT
                                       Assistant U.S. Attorney
20                                     Attorney for Plaintiff

21

22

23

24

25

26

27

28

                                       3
```

**ORDER**

GOOD CAUSE APPEARING, the previously set motions schedule and hearing date of October 3, 2006, are vacated, and a new hearing date of January 9, 2007, at 8:30 a.m. is set with the parties.  The motions briefing schedule is as follows: motions to be filed by November 7, 2006; government's oppositions to be filed by December 12, 2006; and defendants' optional reply briefs to be filed by December 19, 2006.  Time will be excluded from the date of this Order until January 9, 2007, for effective attorney preparation and complexity under both Local Codes T4 and T2 and 18 U.S.C. §3161(h)(8)(A) and (B)(iv) and (ii).

Dated: September 28, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE